21CA1334 Peo in Interest of ADC 12-23-2021 COLORADO COURT OF APPEALS Court of Appeals No. 21CA1334 City and County of Denver Juvenile Court No. 20JV149 Honorable D. Brett Woods, Judge The People of the State of Colorado, Appellee, In the Interest of A.D.C., a Child, and Concerning J.V., Appellant. JUDGMENT REVERSED AND CASE REMANDED WITH DIRECTIONS Division A Furman, Harris, and Tow, JJ. PER CURIAM NOT PUBLISHED PURSUANT TO C.A.R. 35(e) Announced December 23, 2021 Kristin M. Bronson, City Attorney, Amy J. Packer, Assistant City Attorney, Denver, Colorado, for Appellee Gina G. Bischofs, Guardian Ad Litem Ainsley Bochniak, Office of Respondent Parents’ Counsel, Denver, Colorado, for Appellant 
1 ¶ 1 In this dependency and neglect case, respondent father, J.V., appeals the juvenile court’s order of adjudication after entry of the disposition. We reverse and remand for further proceedings. ¶ 2 After father filed the opening brief, the People and the child’s Guardian ad litem (GAL) filed a joint motion for remand to cure defects in compliance with the Indian Child Welfare Act (ICWA), and to correct conceded reversible error in the adjudication of the child as dependent and neglected in this case. ¶ 3 We grant the motion and reverse the juvenile court’s disposition and order of adjudication, and remand the case for further proceedings, which must be conducted in compliance with ICWA.